IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 03-2313 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 42] |
| ROBERT SINGLETON, et al., | |
| Defendants. | |

For the reasons set forth by this Court on the record at the December 7, 2004 hearing, IT IS HEREBY ORDERED THAT the Government's Ex Parte Application for Order to Show Cause re Contempt [Docket No. 42] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: 8/29/05

SAUNDRA BROWN ARMSTRONG
United States District Judge